

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

# Court of Appeals

## Thirteenth District of Texas

February 12, 2015

Hon. Raymond L. Thomas  Jr.
Kittleman, Thomas & Gonzalez, LLP
4900-B N. 10th St.
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Benigno Trey Martinez
Martinez, Barrera & Martinez
120 E. Van Buren
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Raul Medina
Attorney at Law
3101 N. Jackson Road
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Kittleman Thomas, PLLC
4900-B N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00552-CV
Tr.Ct.No. C-361-11-B
Style:    Nolana Open MRI Center, Inc. v. Guillermo R. Pechero M.D.Ruben D.
          Pechero M.D. Maplestar Orthopedics, P. A.

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   93rd District Court (DELIVERED VIA E-MAIL)
      Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)